[No. 5558-1. Division One. August 28, 1978.]

D. R. FISHER COMPANY, *Appellant,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 814547, Edward E. Henry, J., entered March 28, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Roe, J., Williams, J., dissenting.


[No. 5673-1. Division One. August 28, 1978.]

RON MOSER, ET AL, *Respondents,* v. JOHN R. NAGEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 800936, H. Joseph Coleman, J., entered May 12, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Callow and Andersen, JJ.


[No. 4965-1. Division One. August 28, 1978.]

*In the Matter of the Marriage of* MARY CATHERINE OLSEN, *Appellant, and* DAVID L. OLSEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-56599, Robert W. Winsor and Norman W. Quinn, JJ., entered July 28, 1976. *Reversed* by unpublished opinion per Andersen, J., concurred in by Callow and Dore, JJ.